**Michael J. ATKINSON, Defendant Below-Appellant,**

v.

**STATE of Delaware, Plaintiff Below-Appellee.**

**No. 626, 2015**

Supreme Court of Delaware.

Submitted: August 11, 2016

Decided: October 17, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1407018228

AFFIRMED.

■

**Edward LEWIS, Plaintiff Below, Appellant,**

v.

**Robert COUPE, Commissioner, Department of Correction and David Pierce, Warden, James T. Vaughn Correctional Center, Defendants Below, Appellee.**

**No. 381, 2016**

Supreme Court of Delaware.

Submitted: August 15, 2016

Decided: October 17, 2016

Rehearing En Banc Denied November 1, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. K16M-03-006

DISMISSED.

■

**Jeremy N. THOMPSON, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 342, 2016**

Supreme Court of Delaware.

Submitted: July 28, 2016

Decided: October 17, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1409002172

AFFIRMED.

■

**Ryan RICHMOND, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 329, 2016**

Supreme Court of Delaware.

Submitted: August 17, 2016

Decided: October 18, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1208023790

GRANTED. AFFIRMED.